JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| MARIA CRISOSTOMO ALVARADO, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ATRIA DEL OBISPO SENIOR LIVING GROUP aka ATRIA MANAGEMENT COMPANY, LLC aka ATRIA SENIOR LIVING GROUP, INC. and DOES 1 to 50, Inclusive,<br><br>　　　　　　　Defendant. | Case No. SACV08-955 (CJC) (JCx)<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br><br>Complaint Filed: March 13, 2008<br>Trial Date:　　　March 23, 2010 |

1  GOOD CAUSE HAVING BEEN SHOWN, pursuant to the Stipulation
2  for Dismissal of the parties hereto, by and through their attorneys of record, the
3  above-captioned action is hereby DISMISSED WITH PREJUDICE as to all parties,
4  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

6  IT IS SO ORDERED.

8  DATED:  February 4, 2010

11  HONORABLE CORMAC J. CARNEY
    U.S. DISTRICT COURT JUDGE